# Order

Michigan Supreme Court
Lansing, Michigan

September 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142566(92)
142568

In re MAYS, Minors.

_____

SC: 142566, 142568
COA: 297446, 297446
Wayne CC Family Division:
09-485821

On order of the Chief Justice, the motion by the Prosecuting Attorneys Association of Michigan for leave to participate in oral argument is granted to the extent that the Association may use five minutes of the time allocated to the Attorney General as counsel for the Department of Human Services.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2011

_____
Clerk